*Monday, January 13, 1997*

## MOTION DOCKET

**95–2379.   State v. Twyford.**
Jefferson App. No. 93–J–13.   This cause is pending as an appeal from the Court of Appeals for Jefferson County.   Upon consideration of appellant's motion to stay proceedings pending a final, appealable decision by the Seventh District Court of Appeals and appellant's motion to transfer the complete record to the Jefferson County Court of Appeals,

   IT IS ORDERED by the court that the motions to stay proceedings and to transfer the record be, and hereby are, granted.

## MISCELLANEOUS DISMISSALS

**96–1676.   State ex rel. Mad River–Green Local School Dist. Bd. of Edn. v. Sodders.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–28.   State ex rel. Lawson v. Spiegal.**
In Mandamus and Prohibition.   This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition and was considered in a manner prescribed by law.   Upon consideration thereof,

   IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.

*Wednesday, January 15, 1997*

## MERIT DOCKET

**96–1702.   Jackson v. Brigner.**
Montgomery App. No. 15719.   *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2394.   State ex rel. Lawson v. Spiegal.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2423.   State ex rel. Smith v. Nicely.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2436.   State ex rel. Sweet v. Sixth Dist. Court of Appeals.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
   RESNICK, J., not participating.

**96–2443.   State ex rel. Hamilton v. Fifth Dist. Court of Appeals.**
In Mandamus.   On motion to dismiss of Daniel G. Padden et al., motion to dismiss of Fifth District Court of Appeals, and motion to dismiss of Judge David Arthur Ellwood.   Motions to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2478.   State ex rel. Forsyth v. Brigner.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.